UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| IHOR BOB RYBAK,<br>Plaintiff | : | |
| v. | : | C.A. No. 07-407S |
| GTECH CORPORATION,<br>Defendant | : | |

**STIPULATION**

The undersigned parties hereby stipulate and agree as follows:

1. That Michael A. Gamboli, Esq., agrees to accept service of the Complaint in the above-captioned matter on behalf of the Defendant.

2. That service of the Complaint shall be effective upon receipt by Attorney Gamboli.

3. That Attorney Gamboli has been duly authorized to accept service by the Defendant as its counsel of record in this matter and to sign the original summons attached hereto confirming same.

Attorneys for the Plaintiff,
SINAPI, FORMISANO & CO., LTD.

V. Edward Formisano (5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401)944-9690
Date: 11/19/07

Attorneys for Defendant,
PARTRIDGE, SNOW & HAHN

Michael A. Gamboli (4684)
180 South Main Street
Providence, RI 02903
(401)861-8255
Date: 11.6.07