**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| IHOR BOB RYBAK,<br>Plaintiff<br><br>v.<br><br>GTECH CORPORATION,<br>Defendant | C.A. No. 07-407S |

**STIPULATION**

Now come the parties through undersigned counsel and stipulate that Defendant, GTECH Corporation, shall have an extension of time, through December 15, 2007, in which to answer or otherwise respond to Plaintiff's Complaint.

IHOR BOB RYBACK,
By his Attorney,
SINAPI, FORMISANO & CO., LTD.

/s/ V. Edward Formisano
V. Edward Formisano (#5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401) 944-9690
(401) 943-9040 FAX

GTECH CORPORATION,
By its Attorney,
PARTRIDGE SNOW & HAHN LLP

/s/ Michael A. Gamboli
Michael A. Gamboli (#4684)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

953385_1/8001-13