# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IHOR BOB RYBAK,<br>Plaintiff<br><br>v.<br><br>GTECH CORPORATION,<br>Defendant | C.A. No. 07-407S |

## ANSWER TO VERIFIED COMPLAINT

Now comes Defendant, GTECH Corporation ("GTECH"), and hereby Answers the Verified Complaint of Plaintiff, Ihor Bob Rybak ("Rybak" or "Plaintiff"), as follows:

1. Upon information and belief, admitted.
2. Admitted.
3. Upon information and belief, admitted.
4. Upon information and belief, admitted.
5. Upon information and belief, admitted.
6. Admitted.
7. Admitted.
8. Admitted.
9. Admitted.
10. Denied.
11. Denied.
12. Denied.
13. Denied.
14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Admitted.

22. Denied.

23. GTECH admits that it intends to enforce the contract and denies the remainder of the allegations contained in Paragraph 23.

24. Denied.

25. Denied.

WHEREFORE, GTECH respectfully requests that Plaintiff's Complaint be dismissed with prejudice and GTECH be awarded its costs of suit.

## AFFIRMATIVE DEFENSES

1. The restrictive agreement entered into between Plaintiff and GTECH is a valid and enforceable contract reasonably drawn and necessary to protect the legitimate business interests of GTECH.

2. The Court does not have subject matter jurisdiction.

3. Plaintiff comes to Court with unclean hands.

4. Plaintiff has failed to mitigate his damages, if any.

5. GTECH pleads the affirmative defense of waiver and estoppel.

GTECH CORPORATION,

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Michael A. Gamboli___________

Michael A. Gamboli (#4684)
Alicia J. Byrd (#7316)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: November 29, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2007, a copy of the foregoing ANSWER TO VERIFIED COMPLAINT was filed with the clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorney of record at the email address listed below:

V. Edward Formisano, Esquire at edf@sfclaw.com

949396_1