**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **IHOR BOB RYBAK,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. No.: 07-407S** |
| | : | |
| **GTECH CORPORATION,** | : | |
| **Defendant** | : | |

**PLAINTIFF'S STATEMENT ENUMERATING ELEMENTS OF CLAIMS IN RESPONSE TO REQUIREMENT OF PRETRIAL ORDER**

Now comes the Plaintiff and hereby submits the within written statement enumerating the elements of the claim alleged in his Verified Complaint as required pursuant to this Court's Pretrial Conference Notice and Order dated November 29, 2007. The Plaintiff reserves the right to modify, amend and/or augment the within statement at any time during the course of these proceedings.

## I. The Non-Competition Agreement is Void and Unenforceable

### A. Elements

1. To successfully establish that a non-competition agreement is void and unenforceable, a plaintiff employee must show either:

    a. that the defendant employer does not have a legitimate business interest worthy of protection (i.e., trade secrets, confidential information), and that defendant is simply attempting to restrain competition;

    b. that the restraint is not reasonably limited in activity, geographic area, and/or time; or,

    c. That the defendant employer's need for the enforcement of the non-competition agreement is outweighed by the hardship to the plaintiff employee (i.e., earning a livelihood) and the likely injury to the public.

**B. Case Law**

In re Givens, 2001 WL 34136695 (D.R.I. March 16, 2001); Nestle Food Co. v. Miller, 836 F.Supp. 69 (D.R.I. 1993); Home Gas Corp. of Mass., Inc. v. DeBlois Oil Co., 691 F.Supp. 567 (D.R.I. 1987); Dial Media, Inc. v. Schiff, 612 F.Supp. 1483 (D.R.I. 1985); Durapin, Inc. v. American Products, Inc., 559 A.2d 1051 (R.I. 1989); Max Garelick, Inc. v. Leonardo, 250 A.2d 354 (1969); Koppers Products Co. v. Readio, 60 R.I. 207 (R.I. 1938); §188 Restatement (Second) of Contracts (1981).

Respectfully submitted,
Plaintiff,
By his attorneys,
SINAPI, FORMISANO & CO., LTD.

Dated: December 11, 2007

/s/ V. Edward Formisano
V. Edward Formisano (5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401) 944-9690
(401) 943-9040 (facsimile)

**CERTIFICATION**

To: Michael A. Gamboli, Esq.
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

I hereby certify that on the 11th day of December, 2007, I caused the within to be electronically filed with the Clerk of the U.S. District Court for the District of Rhode Island using the CM/ECF System and electronically served upon the above-named counsel of record.

/s/ V. Edward Formisano