# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

IHOR BOB RYBAK,
Plaintiff

v.

GTECH CORPORATION,
Defendant

C.A. No. 07-407S

## ENTRY OF APPEARANCE

Now comes the undersigned, Alicia J. Byrd, of Partridge Snow & Hahn LLP and hereby enters her appearance on behalf of Defendant, GTECH Corporation, in the above-captioned action.

Dated: December 19, 2007

/s/ Alicia J. Byrd

Michael A. Gamboli (#4684)
mag@psh.com
Alicia J. Byrd (#7316)
ajb@psh.com
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2007, a copy of the foregoing ENTRY OF APPEARANCE was filed with the clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorney of record at the email address listed below:

V. Edward Formisano, Esquire at edf@sfclaw.com

957807_1/8001-13