# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IHOR BOB RYBAK,<br>Plaintiff<br><br>v.<br><br>GTECH CORPORATION,<br>Defendant | C.A. No. 07-407S |

## NOTICE OF TAKING DEPOSITION

TO: Mr. Ihor Bob Rybak
c/o V. Edward Formisano
Sinapi, Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920-5707

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

**PLEASE TAKE NOTICE** that the testimony of **Ihor Bob Rybak** will be taken by deposition before a notary public or some other officer authorized by law to take depositions, at the law offices of Partridge Snow & Hahn LLP, 180 South Main Street, Providence, Rhode Island on Tuesday, **March 25, 2008 at 10:00 A.M.**, or on a lawfully adjourned date, and from day to day thereafter until the examination is concluded. You are invited to attend and take such part as is appropriate under law.

Respectfully submitted,

GTECH CORPORATION,

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Michael A. Gamboli
Michael A. Gamboli (#4684)
mag@psh.com
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing NOTICE OF TAKING DEPOSITION was filed with the clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorney of record at the email address listed below:

V. Edward Formisano, Esquire at edf@sfclaw.com

I hereby certify that a copy of the foregoing NOTICE OF TAKING DEPOSITION was mailed, postage prepaid, on this 20th day of February 2008 to:

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

/s/ Michael A. Gamboli______