**DISTRICT JUDGE WILLIAM E. SMITH**
**U.S. District Court for the District of Rhode Island**
**March 18, 2008 Calendar Call**

## CRIMINAL CASES

**CR07-100-03S-LDA** **USA v. Rafael Fernandez-Rogue**
Conspiracy with intent to Distribute Cocaine
**CR07-100-04S-LDA** **USA v. Adolfo Verdugo**
Conspiracy with intent to Distribute Cocaine
**CR07-106-01S-LDA** **USA v. Jesus Gonzalez**
Conspiracy with intent to Distribute Cocaine
**CR07-109-01S-DLM** **USA v. Jonathan Campbell**
Felon in Possession of a Firearm
**CR07-138-01S-LDA** **USA v. Souvanh Keosouvanh**
Conspiracy with intent to Distribute Cocaine

## CIVIL CASES

**CA05-450-S-DLM** **Lynn M. Sutherland v. HYC, Inc.**
Tort/Marine (Admiralty)
**CA06-53-S-LDA** **Jack Foley v. Steven M. Loeb**
Personal Injury
**CA07-344-S-DLM** **Yvonne Schilling v. Essex Insurance Company**
Notice of Removal (Insurance)
**CA07-407-S-DLM** **Ihor bob Rybak v. Gtech Corporation**
Other Contract

## NOTICE

You are hereby notified that the above-captioned cases are on the trial calendar commencing on April 03, 2008 to be tried in the order listed. The calendar will be called on **March 18, 2008** at **9:00 a.m.** Juries will be empaneled on April 03, 2008 at 9:30 a.m.

Every effort will be made to provide a date certain for trial at the calendar call; however, dates may change due to settlements or other circumstances. Counsel should be prepared to discuss all scheduling issues at the Calendar Call.

Following Calendar Call a final Pretrial Conference will be held in all cases. The date for the final Pretrial Conference will be set at the Calendar Call, if not before.

Lead trial counsel must attend the Calendar Call unless specifically excused from attendance by the Court.

/s/Judge William E. Smith
William E. Smith
U.S. District Judge
Date: February 29 , 2008

**Please notify Clerk's Office if any counsel of record have not been notified.**