**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **IHOR BOB RYBAK,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. No.: 07-407S** |
| | : | |
| **GTECH CORPORATION,** | : | |
| **Defendant** | : | |

**STIPULATION**

This matter is hereby dismissed with prejudice, no interest, costs or fees to either party.

PLAINTIFF,
By his attorneys,
SINAPI, FORMISANO & CO., LTD.

/s/ V. Edward Formisano
V. Edward Formisano (5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401) 944-9690
(401) 943-9040(facsimile)

DEFENDANT,
By its Attorneys,
PATRIDGE, SNOW & HAHN, LLP

/s/ Michael A. Gamboli
Michael A. Gamboli (4684)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 (facsimile)

**CERTIFICATION**

I hereby certify that on the 29th day of April, 2008, I caused the within to be electronically filed with the Clerk of the U.S. District Court for the District of Rhode Island using the CM/ECF System.

/s/ V. Edward Formisano